UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| CARLOS ENRIQUE CABRERA-CRUZ, Petitioner, v. TODD BLANCHE, et al., Respondents. | Case No.:  3:26-cv-3792-CAB-JLB **ORDER:** **(1) DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS;** **(2) DENYING AS MOOT MOTION FOR TEMPORARY RESTRAINING ORDER, [Doc. No. 3]; and** **(3) DENYING AS MOOT MOTION TO APPOINT COUNSEL, [Doc. No. 2].** |
|---|---|

On June 29, 2026, Petitioner Carlos Enrique Cabrera-Cruz filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, [Doc. No. 1 ("Petition")], and two related motions, [Doc. Nos. 2, 3].  Petitioner has been subject to a final order of removal since 1999.  [Petition at 2.]  Respondents notified the Court that Petitioner's order of removal was executed and he was removed from the United States on June 26, 2026.  [Doc. No. 4.]

"The federal habeas statute gives the United States district courts jurisdiction to entertain petitions for habeas relief only from persons who are '*in custody* in violation of

1

the Constitution or laws or treaties of the United States.'" *Maleng v. Cook*, 490 U.S. 488, 490 (1989) (emphasis added) (quoting 28 U.S.C. § 2241(c)(3)); *see also Nava v. Ceja*, 546 F. App'x 629, 631 (9th Cir. 2013) ("A petitioner for habeas corpus must be 'in custody' in order for the court to have jurisdiction over his petition.  Aliens removed before filing a petition do not ordinarily satisfy that requirement.").

Petitioner was not in custody when his Petition was filed.  The Court therefore **DISMISSES** the Petition for lack of jurisdiction and **DENIES AS MOOT** the motion for temporary restraining order and the motion to appoint counsel.  [Doc. Nos. 2, 3.]

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: July 2, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-3792-CAB-JLB